```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**DEBRA OTTERBECK,**

    **Plaintiff,**

**v.**                                **Civil Action No. 1:05CV91**
                                              **(Judge Keeley)**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## NOTICE OF HEARING

The parties are notified that the Court will conduct a telephone status conference in this matter on **Friday, March 14, 2008 at 11:30 a.m.** Counsel for the plaintiff is directed to initiate the conference call to the Court at (304) 624-5850.

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: March 10, 2008

                                                      /s/ Irene M. Keeley
                                                      IRENE M. KEELEY
                                                      UNITED STATES DISTRICT JUDGE